

# THE THIRTEENTH COURT OF APPEALS

13-19-00393-CV

CESAR DE LEON
v.
BROWNSVILLE GMS, LTD. AND MICHAEL BENNETT

On Appeal from the
445th District Court of Cameron County, Texas
Trial Court Cause No. 2019-DCL-02693-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

May 6, 2021